AO 121 (Rev. 08/10)

| To: **Mail Stop 8**<br>**Director of Patents and Trademarks**<br>**PO BOX 1450**<br>**Alexandria VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action

has been filed in the **U.S. District Court <u>for the District of Utah</u>** on the following

[ ] Trademarks or   [✖] Patents   ( [ ] the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>**2:14-cv-00491-DBP** | DATE FILED<br>**07/02/2014** | U.S. DISTRICT COURT<br>**District of Utah**<br>**351 S West Temple, Room 1.100, Salt Lake City, UT 84101** |
|---|---|---|

| PLAINTIFF<br>**Squatty Potty, LLC** | DEFENDANT<br>**Step and Go Health, LLC** |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** US D677,478 S | March 12, 2013 | Squatty Potty, LLC |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** | | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION :   1) Upon initiation of action<br>mail copy to Director   2) Upon filing of document adding patent(s),<br>mail copy to Director   3) Upon termination of action ,<br>mail copy to Director