ROBERT A. GURR (#13722)
**GURR & BRANDE, PLLC**
1031 S. Bluff St. Ste.105
St. George, Utah 84770
Phone: (435) 634-8854
Fax: (866)-232-8818
Email: rob@gurrlaw.com

*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| SQUATTY POTTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STEP AND GO HEALTH, LLC<br><br>Defendants. | **RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Case No. 2:14-cv-00491<br><br>Magistrate Judge Dustin Pead |

Plaintiff Squatty Potty, LLC, by and through its Attorney of record, Robert A. Gurr, files this Response to the Order to Show Cause dated August 27, 2014, and, for the reasons stated herein, respectfully requests that the Court not dismiss this action.

Defendant has not filed an Answer to the Complaint, and Plaintiff has not filed for Default Judgment, because Defendant originally requested additional time from Plaintiff for filing a responsive pleading. Upon the expiration of the extension granted by Plaintiff as a professional courtesy, settlement negotiations commenced and Defendant requested an additional extension to facilitate those negotiations. As such, Plaintiff requests that the Court not dismiss

this case for failure to prosecute, and that the Court allow thirty (30) days from the date of the accompanying proposed order, allowing continuing negotiations to take place.

DATED this 8 day of September, 2014

       _/s/ Robert A. Gurr_____
       Robert A. Gurr
       Attorney for Plaintiff