ROBERT A. GURR (#13722)
**GURR & BRANDE, PLLC**
1031 S. Bluff St. Ste.105
St. George, Utah 84770
Phone: (435) 634-8854
Fax: (866)-232-8818
Email: rob@gurrlaw.com

*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| SQUATTY POTTY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STEP AND GO HEALTH, LLC <br><br> Defendant. | **ORDER GRANTING EXTENSION OF TIME** <br><br> Case No. 2:14-cv-00491 <br><br> Magistrate Judge Dustin Pead |

Upon consideration of the Plaintiff's Response to the Order to Show Cause, the Court holds as follows:

1. That the Order to Show Cause is Discharged; and

2. That the Parties are granted an extension of thirty (30) days from the date of this Order to continue prosecution of the case.

SO ORDERED AND ADJUDGED this _____ day of _____, 2014.

_____
District Court Judge