# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SQUATTY POTTY, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEP AND GO HEALTH, LLC<br><br>　　　　Defendant. | **ORDER GRANTING EXTENSION OF TIME**<br><br>Case No. 2:14-cv-00491<br><br>Magistrate Judge Dustin Pead |

Upon consideration of the Plaintiff's Response to the Order to Show Cause, the Court holds as follows:

1. That the Order to Show Cause (doc. 6) is Discharged; and

2. The Parties are granted an extension of thirty (30) days from the date of this Order to continue settlement negotiations.

3. At the close of thirty (30) days, the parties must either file a motion for dismissal of the action, or Defendant must file an Answer to the Complaint.

SO ORDERED

This 8th day of September, 2014.

_____
Dustin B. Pead
U.S. Magistrate Judge